# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES HINKLEY, *Plaintiff* <br> v. <br> ROD SHUMATE, BERNARD WARNER, SCOTT FRANKS, STEVEN SINCLAIR and RON KNIGHT, *Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 4:14-cv-05029-EFS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  IS ORDERED this action is DISMISSED without prejudice for failure to comply with 42 U.S.C. § 1997e(a) regarding his bedding claims. See Vaden v. Summerhill, 449 F.3d 1047, 1050 (9th Cir. 2006); Brown v. Valoff, 422 F.3d 926, 934-35 (9th Cir. 2005). IT IS FURTHER ORDERED this action is DISMISSED for failure to state a claim regarding hygiene and sanitation against the named Defendants for which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A (b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 3, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia